IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL MIDDLETON,

      Petitioner,

v.

STATE OF FLORIDA AND
FLORIDA DEPARTMENT OF
CORRECTIONS,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4301

Opinion filed May 5, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Michael Middleton, pro se, Petitioner.

Pamela Jo Bondi; Kenneth S. Steely, General Counsel, and Sheron Wells, Assistant
General Counsel, Florida Department of Corrections, Tallahassee, for Respondents.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

B.L. THOMAS, RAY, and KELSEY, JJ., CONCUR.